UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o ARCH CHEMICALS, INC.

        Plaintiff,

                                      07 Civ.

  - against -

MV MAJESTIC MAERSK, her engines, boilers,    **FRCP RULE 7.1**
tackle, furniture, apparel, etc., *in rem*; A.P.    **DISCLOSURE STATEMENT**
MOLLER-MAERSK A/S d/b/a MAERSK LINE,
AND MAERSK SEALAND, *in personam*,

        Defendant,
------------------------------------------------------------X

NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o ARCH CHEMICALS, INC., and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. ARCH CHEMICALS, INC (NYSE: ARJ) is a publicly traded company.

Dated: New York, New York
       November 9, 2007
       299-31

                                            CASEY & BARNETT, LLC
                                            Attorneys for Plaintiff

                               By: _____
                                    Christopher M. Schierloh (CS-6644)
                                    317 Madison Avenue, 21st Floor
                                    New York, NY 10017
                                    (212) 286-0225