

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY etc. et al.                           07 Civ. 10371 (RJH)

        Plaintiff,

  - against -                                **NOTICE AND ORDER OF**
                                                                  **VOLUNTARY**
M/V MAJESTIC MAERSK etc et al.                **DISCONTINUANCE**

        Defendants
------------------------------------------------------------X

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       February 18, 2008

                                              CASEY & BARNETT, LLC
                                              Attorneys for Plaintiff

                              By: _____
                                        Martin F. Casey (MFC-1405)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.
2/21/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```